IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAYDA CHEAVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | FILE NO. _____ |
| ) | [On Removal From the State Court |
| WALGREEN CO., a/k/a ) | of Fulton County, Civil Action No. |
| WALGREENS BOOTS ALLIANCE, ) | 19EV002612] |
| INC., d/b/a ) | |
| WALGREENS – STORE #10422, ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF REMOVAL**

COMES NOW, without waiving any affirmative or other defenses to Plaintiff's Complaint for damages in this case captioned <u>Jayda Cheaves v. Walgreen Co., a/k/a Walgreens Boots Alliance, Inc., d/b/a Walgreens – Store #10422</u>, Civil Action No. 19EV002612, pending in the State Court of Fulton County State of Georgia, Defendant Walgreen Co., a/k/a Walgreens Boots Alliance, Inc., d/b/a Walgreens ("Defendant"), by and through the undersigned counsel, petitions this Court for removal of action from the State Court of Fulton County to the United States District Court for the Northern District of Georgia, Atlanta Division, showing the Court following:

1.

Plaintiff Jayda Cheaves ("Plaintiff") filed her Complaint for Damages alleging state law claims sounding in negligence, negligent supervision and training, breach of contract, breach of fiduciary duty, wrongful disclosure of confidential personal health information and punitive damages against Defendants on May 13, 2019 in the State Court of Fulton County Georgia. The action is designated there as Civil Action No. 19EV002612. Plaintiff served Defendant on May 13, 2019. A true and correct copy of the Complaint for Damages is included in the State Court file attached as Exhibit "A."

2.

This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a). Defendant may remove this action to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(b)(1) because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00.

3.

Existence of diversity jurisdiction is determined by the citizenship of the parties at the time of the filing of the complaint not at the time the cause of action arose or after the action is commenced. *Oh v. Ford Motor Co.*, 79 F. Supp. 2d 1375, 1377 (N.D. Ga. 1999) (citing *Mann v. City of Tucson, Dept. of Police*, 782 F.2d 790, 794 (9th Cir. 1986)).

4.

At the time Plaintiff filed the Complaint, Plaintiff was a citizen of Georgia, residing and domiciled within Cobb County Georgia. *See* Compl. at ¶ 1.

5.

On June 3, 2019, Plaintiff filed Affidavit of Service with the State Court of Fulton County for service provided upon Defendant. This Notice of Removal is timely filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has been filed in court and is not required to be served on the defendant, whichever is shorter." 28 U.S. Code § 1446(b)(1). See also a true and correct copy of the Affidavit of Service attached hereto as Exhibit "B."

6.

At the commencement of Civil Action File No. 19EV002612 and at all time since, Defendant, Walgreen Co., has been a foreign corporation organized and existing under the law of the State of Illinois with its principal place of business at 300 Wilmot Road, Deerfield, Illinois 60015. *See* Compl. ¶ 2; See also a true and correct copy of the Georgia Corporate Division information regarding Defendant attached hereto as Exhibit "C."

7.

Plaintiff alleges that Defendant, Walgreen Co., is "also known as" Walgreens Boots Alliance, Inc. Without waiving any available defenses, at the commencement of Civil Action File No. 19EV002612 and at all time since, Walgreens Boots Alliance, Inc., has been a foreign corporation organized and existing under the law of the State of Delaware. *See* a true and correct copy of the Delaware Corporate Division information regarding Defendant attached hereto as Exhibit "D."

8.

Plaintiff is seeking damages in excess of seventy-five thousand dollars ($75,000.00). Plaintiff specifically alleges she is entitled to compensatory damages in no event less than $30,000,000.00. *See* Compl., prayers ¶ 3.

9.

A true and correct copy of this Notice of Removal will be filed with the State Court of Fulton County, Georgia, as required by 28 U.S.C. § 1446. Concurrent with the filing of this Notice of Removal, this Defendant has served Plaintiff with a copy of the Notice to State Court of Removal to Federal Court, which will be filed in the State Court of Fulton County, Georgia. A true copy of this Notice, without exhibits, is attached as Exhibit "E."

WHEREFORE, Defendant prays that the action bearing Civil Action File No.: 19EV002612 in the State Court of Fulton County, Georgia be removed and proceed in this Court.

Respectfully submitted this 27th day of June, 2019.

                                          **HALL BOOTH SMITH, P.C.**

                                          */s/ John Hall*
                                          John E. Hall, Jr.
                                          Georgia Bar No. 319090
                                          *Counsel for Defendant Walgreen Co., a/k/a Walgreens Boots Alliance, Inc., d/b/a Walgreens – Store #10422191*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303
Telephone:  404. 954.5000
Facsimile:  404.954.5020

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAYDA CHEAVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | FILE NO. _____ |
| ) | [On Removal From the State Court |
| WALGREEN CO., a/k/a ) | of Fulton County, Civil Action No. |
| WALGREENS BOOTS ALLIANCE, ) | 19EV002612] |
| INC., d/b/a ) | |
| WALGREENS – STORE #10422, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF COMPLIANCE

The foregoing DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

Respectfully submitted this 27th day of June, 2019.

                                                  **HALL BOOTH SMITH, P.C.**

| | |
|---|---|
| 191 Peachtree Street, N.E. | */s/ John Hall*_____ |
| Suite 2900 | John E. Hall, Jr. |
| Atlanta, Georgia 30303 | Georgia Bar No. 319090 |
| Telephone: 404. 954.5000 | *Counsel for Defendant Walgreen Co.,* |
| Facsimile: 404.954.5020 | *a/k/a Walgreens Boots Alliance, Inc.,* |
| | *d/b/a Walgreens – Store #10422191* |

6

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAYDA CHEAVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | FILE NO. _____ |
| ) | [On Removal From the State Court |
| WALGREEN CO., a/k/a ) | of Fulton County, Civil Action No. |
| WALGREENS BOOTS ALLIANCE, ) | 19EV002612] |
| INC., d/b/a ) | |
| WALGREENS – STORE #10422, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing NOTICE OF REMOVAL upon the following by placing a copy of same in the U.S. Mail, with adequate postage thereon, as follows:

| | |
|---|---|
| Harold W. Spence | Robert L.J. Spence, Jr. |
| Mawuli M. Davis | Andrew M. Horvath |
| **The Davis Bozeman Law Firm, P.C.** | **The Spence Law Firm, PLLC** |
| 4153 – C Flat Shoals Parkway | 80 Monroe Ave. |
| Suite 332 | Garden Suite One |
| Decatur, GA 30034 | Memphis, TN 38103 |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

This 27th day of June, 2019.

[Signature on next page]

7

**HALL BOOTH SMITH, P.C.**

 */s/ John Hall*_____
John E. Hall, Jr.
Georgia Bar No. 319090
*Counsel for Defendant Walgreen Co., a/k/a Walgreens Boots Alliance, Inc., d/b/a Walgreens – Store #10422191*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303
Telephone: 404. 954.5000
Facsimile: 404.954.5020